Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

In Re:       Marcos A. Suarez
SSN:         xxx–xx–8158
EIN:
ADDRESS: 81 Lakeview Avenue
         Clifton, NJ 07011–4039

                                      Case No:   04–47281–RG
                                      Chapter:   7
                                      Judge:     Rosemary Gambardella

            Debtor(s)

---

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Joseph J. Newman is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is Closed .


Dated: <u>March 15, 2005</u>                                  <u>Rosemary Gambardella</u>
                                                                   Judge, United States Bankruptcy Court